IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANNIE LUCILE LIVINGSTON,

        Plaintiff,

v.                                           Case No. 18-2210-KHV

UNIVERSITY OF KANSAS HOSPITAL
AUTHORITY,

        Defendant.

## **SECOND AMENDED SCHEDULING ORDER**

Defendant has filed a motion (ECF No. 30) to amend the scheduling order filed on January 16, 2019 (ECF No. 22). Plaintiff does not oppose the motion. For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.     The discovery deadline is extended to **May 30, 2019**, for defendant to take plaintiff's deposition and conduct the necessary discovery related to plaintiff's discovery responses.

    b.     All other potentially dispositive motions (e.g., motions for summary judgment), must be filed by **July 3, 2019**. The court plans to decide dispositive motions, to the extent they are timely filed and briefed without any extensions, approximately 60 days before trial.

    c.     The final pretrial conference is rescheduled from May 20, 2019 to **June 17, 2019** at 10:30 a.m., in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the

conference.  No later than **June 7, 2019**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*.  It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.  The case shall remain set for trial on a trial calendar that will begin on **February 3, 2020**.  The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect.  The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated May 1, 2019, at Kansas City, Kansas.

                                                                s/ James P. O'Hara
                                                                James P. O'Hara
                                                                U.S. Magistrate Judge