IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **ANNIE LUCILE LIVINGSTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) Case No.: 2:18-cv-2210-KHV-JPO |
| **UNIVERSITY OF KANSAS HOSPITAL AUTHORITY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**MOTION FOR LEAVE TO EXTEND UKHA'S DEADLINE TO FILE ITS RESPONSE IN OPPOSITION TO PLAINTIFF'S UNTIMELY MOTION TO COMPEL**

To the extent this Court considers Plaintiff's untimely Motion to Compel Defendant University of Kansas Hospital Authority ("Defendant" or "UKHA") to Produce Plaintiff's Requests for Production of Documents, UKHA hereby moves the Court under Fed. R. Civ. P. 6 and D. Kan. Rule 6.1 for an Order to extend its deadline to file its response in opposition to said untimely Motion (UKHA's "Response") from June 7, 2019, until June 10, 2019.  In support of its Motion, UKHA states as follows:

1. On May 22, 2019, the Court Ordered Plaintiff to file her Motion to Compel UKHA's production of documents by May 31, 2019.  Dkt#41.

2. In addition, the Court ordered that any response to said Motion must be filed on June 7, 2019, *seven* days after the initial filing.  Id.

3. On June 3, 2019, *three* days after Plaintiff's deadline, Plaintiff filed the untimely Motion to Compel UKHA to Produce Plaintiff's Requests for Production of Documents.  See Dkt#47.

4. As a result of Plaintiff's untimely filing, UKHA was deprived of three days to prepare and file its Response to Plaintiff's Motion to Compel.

69066371.1

5. Plaintiff should not be able to benefit from her own inexcusable negligence and blatant disregard for this Court's Order by shortening the time provided to UKHA for its response.

6. Accordingly, UKHA seeks an extension of its deadline to file its Response to Plaintiff's Untimely Motion to Compel, up to and including June 10, 2019.

7. This is UKHA's first request for leave to extend its deadline to file its Response to Plaintiff's Motion to Compel.

8. Defendant submits this request diligently and timely.

9. The requested extension is not being sought for purposes of delay and will not prejudice any party.

UKHA respectfully requests that the Court enter an Order extending UKHA's deadline to file its Response in Opposition to Plaintiff's untimely Motion to Compel by three days, including June 10, 2019.

Respectfully submitted,

POLSINELLI PC

By: */s/ Henry J. Thomas*
ERIC E. PACKEL (KS #23070)
HENRY J. THOMAS (KS #26246)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
(816) 753-1000
Fax: (816) 753-1536
epackel@polsinelli.com
hthomas@polsinelli.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on the 10th day of June, 2019, a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court by using the Court's eFiling System, which sends a notice of electronic filing constituting service to the following:

Annie Lucile Livingston
9321 Everhart Road
Riverview, FL 33578
allivingston18@gmail.com

PLAINTIFF, *PRO SE*

          */s/ Henry J. Thomas*
Attorney for Defendant

3

69066371.1